IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RYAN EDWIN HEADDEN,
#26034-039                                                                                          PETITIONER

VS.                                                              CIVIL ACTION NO. 3:19-cv-121-DPJ-FKB

C. RIVERS, WARDEN                                                                        RESPONDENT

## REPORT AND RECOMMENDATION

This is a petition for habeas corpus relief brought by federal prisoner Ryan Edwin Headden. *See* 28 U.S.C. § 2241. Petitioner was incarcerated at the Yazoo City Federal Correctional Complex at the time he initially filed the action. In his petition, Headden asserts that his release date has been improperly calculated in light of the passage of the First Step Act of 2018. *See* [6] at 6. Having considered the filings, the undersigned recommends that the petition be dismissed as moot.

Headden argues that the Bureau of Prisons has incorrectly calculated his good conduct time based on the First Step Act of 2018. *Id.*; *see also* § 404, First Step Act of 2018 (P.L. 115-391). In his petition signed on April 3, 2019, Headden argues that his release date should have been December 14, 2018, if calculated properly. [6] at 6, 8. Instead, the Bureau of Prisons calculated his good conduct time release date as April 29, 2019. *Id.* The government responded that the petition should be dismissed based on Headden's failure to exhaust administrative remedies. [14] at 3.

However, the undersigned finds that this action should be dismissed as moot. A case becomes moot if it no longer presents a case or controversy. *Spencer v. Kemna*, 523 U.S. 1, 7 (1998) (quoting *Lewis v. Continental Bank Corp.*, 494 U.S. 472, 477-478 (1990)). Since

Headden filed this petition, he has been released from the custody of the Bureau of Prisons. According to the web site of the Bureau of Prisons, Headden was released from custody on April 29, 2019.  *See* Bureau of Prisons, https//www.bop.gov/inmateloc/ (last visited Sept. 15, 2021). Petitioner, furthermore, has updated his mailing address on the Court's docket with a "free world" address.  *See* [11].

      For this reason, the undersigned recommends that the petition be dismissed.  The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendation contained within this report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions accepted by the district court.  28 U.S.C. § 636; Fed. R. Civ. P. 72(b); *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

      Respectfully submitted, this the 15th day of September, 2021.

                                              /s/ F. Keith Ball                           .
                                              UNITED STATES MAGISTRATE JUDGE