UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RYAN EDWIN HEADDEN                                                              PETITIONER

V.                                                      CIVIL ACTION NO. 3:19-CV-121-DPJ-FKB

C. RIVERS, WARDEN                                                              RESPONDENT

ORDER

This petition for habeas corpus is before the Court on the Report and Recommendation [16] of Magistrate Judge F. Keith Ball. Petitioner, who was previously incarcerated ta the Yazoo Ciyil Federal Correctional Complex, filed this action alleging that his release date had been improperly calculated. Judge Ball, noting that Petitioner was released from custody on April 29, 2019, recommended dismissing the petition as moot. R&R [16] at 1–2 (explaining that the petition was filed on April 3, 2019, and petitioner was released later that month).

The undersigned agrees. The Report and Recommendation [16] is adopted as the opinion of the Court. This action is dismissed as moot.[1]

A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 30th day of September, 2021.

                                        s/ *Daniel P. Jordan III*
                                        CHIEF UNITED STATES DISTRICT JUDGE

---

[1] To date, neither party has filed an Objection.